|  |  |
|---|---|
| Mailing and copying costs | $ 25.00 |
|  | $ 0.00 |
|  | $ 0.00 |
|  | $ 0.00 |

C.  **Total Fees and Estimated Expenses:**   $ 4,525.00

Advance payment by debtor:   $ 0.00

Balance owed by debtor:   $ 4,525.00

_____
Matthew R Mathias
Debtor

_____
Debtor

Date: 3/21/23

_____
David H. Cutler
Lawyer

Date: 3/21/2023

5